WWR No. 7723031

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | CASE NO. 09-10512 |
| JUSTIN THOMAS HUTCHINSON AND KATIE LOUISE HUTCHINSON | CHAPTER 7 |
| DEBTORS | JUDGE JAMES K. COACHYS |

STIPULATION FOR ASSUMPTION OF THE LEASE AGREEMENT
BETWEEN DEBTOR AND MMCA LEASE SERVICES INC. DBA MITSUBISHI MOTOR CREDIT
OF AMERICA INC.

Justin and Katie Hutchinson, Debtors and MMCA Lease Services Inc. dba Mitsubishi Motor Credit of America Inc., Lessor, by and through their undersigned counsel, hereby stipulate that the agreement of the 2007 Mitsubishi Outlander for the lease, is assume, that the Debtor will comply with the terms and conditions of said lease, and that the Debtor waives the affect, if any, the discharge under 11 U.S.C. §524(a) has as to the assumed lease agreement

STIPULATED TO:

_____
Laura R. Faulkner (0071093)
Weltman, Weinberg & Reis, Co. L.P.A.
525 Vine Street, Suite 800
Cincinnati, Ohio 45202
513-723-2210
513-723-2237 fax
lfaulkner@weltman.com

Agent for CREDITOR

Account No. CLT'S # xxxxxxx2979

_____
Jonathan Sharp Wright, Esq.
The Wright Law Group, LLC
77 South Girls School Road, Suite 204
Indianapolis, IN 46231
317-491-1040
317-238-3257
jon@thewrightlawgroupllc.com
Attorney for Debtor

WWR# 7719192 sep/las/bsc

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | CASE NO. 09-10512 |
| JUSTIN THOMAS HUTCHINSON<br>AND KATIE LOUISE HUTCHINSON | CHAPTER 7 |
| DEBTORS | JUDGE JAMES K. COACHYS |

### LEASE ASSUMPTION AGREEMENT
### WITH MMCA LEASE SERVICES INC. DBA MITSUBISHI MOTORS OF AMERICA, INC.

Debtors agree to assume the Lease Agreement described below with lessor, MMCA Lease Services Inc. dba Mitsubishi Motors of America, Inc., pursuant to 11 U.S.C. §365(p).

Debtor further agrees as follows:
1. To make the monthly payments as required under the Lease;
2. Any arrears on this obligation shall be paid in full *immediately*.
3. The Lease is hereby incorporated by reference; and
4. To be bound by all the terms and conditions of the Lease including, but not limited to, any and all liability for excess mileage, excess wear and use, and any other amounts required by the Lease Agreement.

---

Description of Lease

Lease Date: December 28, 2007;　　Vehicle Description: 2007 Mitsubishi Outlander

Account No.: xxxxxxx2979

---

Accepted by:

Laura R. Faulkner (0071093)
Weltman, Weinberg & Reis, Co. L.P.A.
525 Vine Street, Suite 800
Cincinnati, Ohio 45202
513-723-2210
513-723-2237 fax
lfaulkner@weltman.com

Agent for Creditor

DATE: 10.12.07

Signed by:

Justin Hutchinson, Debtor

Katie Hutchinson, Debtor

DATE: 9/25/09