UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SF07040 (rev 04/2008)

In Re:
   Justin Thomas Hutchinson
      SSN: xxx−xx−6652   EIN: NA

Case Number:
**09−10512−JKC−7**

   Katie Louise Hutchinson
      SSN: xxx−xx−1956   EIN: NA
   Debtor(s)

## ORDER IN NO ASSET CASE

   In reliance upon the Trustee's Report of No Distribution, the Court finds that the property of the estate, if any, should be abandoned and that secured creditors with nonavoidable, perfected security interests in any such property should be granted limited relief from the automatic stay as more specifically set forth hereinafter.

   THEREFORE, it is ORDERED that the scheduled property of the estate, if any, shall be, and hereby is, abandoned; and it is

   FURTHER ORDERED that secured creditors with nonavoidable, perfected security interests in any such property shall be, and hereby are, granted limited relief from the automatic stay to pursue their valid claims against such property in accordance with applicable law; and it is

   FINALLY ORDERED that the Trustee is hereby discharged of his/her trust in the above−captioned case.

   THE AUTOMATIC STAY REMAINS IN FULL FORCE AND EFFECT EXCEPT AS SPECIFICALLY SET FORTH HEREINABOVE.

Dated:  October 13, 2009                        JUDGE JAMES K. COACHYS
                                                  U.S. BANKRUPTCY COURT

# CERTIFICATE OF NOTICE

```
District/off: 0756-1          User: bwest              Page 1 of 1              Date Rcvd: Oct 13, 2009
Case: 09-10512               Form ID: SF07040          Total Noticed: 2

The following entities were noticed by first class mail on Oct 15, 2009.
db/jdb       +Justin Thomas Hutchinson,   Katie Louise Hutchinson,   3729 Laurel Cherry Lane,
               Indianapolis, IN 46239-7617
cr           +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2009**                  **Signature:**  _Joseph Speetjens_